# EXHIBIT A

**Subject Artwork**

Design "Portavelas Gatito"

Registration Number VA 2-480-163

